UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. HETHERINGTON,<br><br>               Plaintiff,<br><br>    v.<br><br>JOHN ASHCROFT, et al.,<br><br>               Defendants. | 2:04-cv-1287-GEB-GGH-P<br><br>ORDER |

      On April 19, 2005, an Order was filed which granted Plaintiff thirty days within which he could amend his Complaint and warned Plaintiff that "[f]ailure to file an amended complaint within this time will result in dismissal of this action." (See April 19 Order at 3.) Plaintiff has failed to amend his Complaint within this prescribed period; therefore, this action is dismissed with prejudice.

      IT IS SO ORDERED.

Dated:  August 1, 2005

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge